UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES ALLEN BATEHOLTS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ATTORNEY GENERAL OF THE STATE )<br>OF OKLAHOMA, )<br>)<br>Respondent. ) | Case No. CIV-24-1099-J |

## ORDER

Petitioner, a state prisoner appearing pro se, initiated this habeas corpus action under 28 U.S.C. § 2254 on October 21, 2024. [Doc. No. 1]. On the same day, he moved to proceed in forma pauperis. [Doc. No. 2]. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4].

On October 24, 2024, Judge Green issued a Report and Recommendation, finding that Petitioner had sufficient funds to pay the $5.00 filing fee, recommending denial of his application to proceed in forma pauperis, and recommending that he be required to pay the full filing fee for the action to proceed. [Doc. No. 5]. On November 25, 2024, Petitioner paid the $5.00 filing fee. [Doc. No. 8].

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and DENIES Petitioner's application to proceed in forma pauperis [Doc. No. 2]. As Petitioner has now paid the filing fee, the Court RE-REFERS this matter to Judge Green for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 25th day of November, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE